United States District Court
Southern District of Texas

**ENTERED**

May 16, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| CESAR LEON MALDONADO GRIMALDO, | § § § | |
| Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-CV-01782 |
| FIELD OFFICE DIRECTOR, ICE HOUSTON, | § § § | |
| Respondent. | § § § | |

## ORDER

Before the Court is Government's Request for Leave to Effectuate Petitioner's Removal. ECF No. 13. On March 6, 2026, the Court ordered Respondents to obtain leave from the Court prior to removing or deporting the Petitioner from the United States. ECF No. 4. Now, Respondents have informed the Court that there is a final order of removal in Petitioner's immigration proceedings. ECF No. 13 at 1. A search of Petitioner's A-Number in EOIR's Automated Case Information tool confirms this. Additionally, the Court previously granted Petitioner's Petition for Writ of Habeas Corpus in its order of March 17, 2026. The case is resolved, and there is no longer a need to prevent Petitioner's removal from the Court's jurisdiction.

Therefore, Respondents' Request is **GRANTED**, and the stay of removal imposed by the Court in its order of March 6 (ECF No. 4) is hereby **LIFTED**. All other pending motions in this matter are **DENIED AS MOOT**.

IT IS SO ORDERED.

1 / 2

Signed at Houston, Texas on May 13, 2026.

Keith P. Ellison
United States District Judge